10761474

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Vincent Galarza

*Defendant*

) Case 1:18-mj-00146
) Assigned To: Magistrate Judge Robin M. Meriweather
) Date Assigned: 12/04/2018
) Description: Criminal Complaint & Arrest Warrant

## ARREST WARRANT

**FILED**
**DEC 19 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Vincent Galarza,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. Sections 2252(a)(2) and (b)(1)

Date: 12/04/2018

*Issuing officer's signature*

City and state:  Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-6-18, and the person was arrested on *(date)* 12-19-18
at *(city and state)* Washington DC.

Date: 12-19-18

DUSM Neath, Nathan
*Arresting officer's signature*

Nathan Neath
*Printed name and title*