U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA          :

                                  :

V.                                :       Case No. 18-MJ-146

Vincent Galarza                   :       **FILED**
                                          DEC 19 2018
                                  :       Clerk, U.S. District and
                                          Bankruptcy Courts
          O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ____19th____ day of ____December, 2018____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on December 19, 2018 by __Detective Thomas Sullivan__ to ~~the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to~~ __1st District of Metropolitan Police Department__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

_Court_
~~DEFENSE COUNSEL~~

DOJ USA-16-80



USP LVN