UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 18-MJ-146 (RMM) |
| ) | |
| VINCENT GALARZA, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING**

Defendant, through undersigned counsel, hereby requests that the March 21, 2019, Preliminary Hearing in this case be continued for approximately 45 days.

1. The Defendant's preliminary hearing is presently set for March 21, 2019.

2. At the time of the Defendant's arrest, the arresting agents seized several electronic items which contained digitalized information from the Defendant's residence. A forensic analysis of the items seized is ongoing and is expected to be completed in the next 30 days.

The parties are hoping to resolve this matter before its presentation to the grand jury. Both parties believe the results of the forensic analysis of the items seized will assist the parties in resolving of this matter.

3. The parties, therefore, request that the March 21 2019, preliminary hearing in this case be continued for approximately 45 days.

4. Counsel has explained to Mr. Galarza his rights pursuant to the Speedy Trial Act, 18 U.S.C. §3161, and he is willing to waive his "Speedy Trial" rights through counsel. For the reasons set forth above, the Defendant further requests the Court to find that the ends of justice

are best served and outweigh the best interest of the public and the defendant in a speedy trial by the exclusion of approximately 45 days within which the trial must be held in this case.

    5. The Government, per Assistant United States Attorney Lindsay Suttenberg, joins in this request.

    6. In the even the Court grants this request, the parties will contact the Court's courtroom Deputy to schedule a new date for the preliminary hearing in this case within the time sought by this continuance request.

    Respectfully submitted,

    A.J. Kramer
    Federal Public Defender

      /s/
    David W. Bos
    Assistant Federal Public Defender
    625 Indiana Ave., N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500