UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
                                   )
v.                                 ) Magistrate Case No. 18-00146 (RMM)
                                   )
VINCENT GALARZA,                   )
                                   )
        Defendant.                 )
                                   )

**FILED**

**MAR 2 0 2019**

Clerk, U.S. District and
Bankruptcy Courts

ORDER

Upon consideration of the Defendant's Consent Motion to Continue Preliminary Hearing [ECF No. 9], the Court hereby **GRANTS** Defendant's motion, and it is hereby

**ORDERED** that the preliminary hearing set for March 21, 2019 is VACATED; and it is further

**ORDERED** that this matter is CONTINUED for no more than forty-five (45) days. The parties shall contact the Court's courtroom deputy to schedule a new date for the preliminary hearing in this case before May 3, 2019; and it is further

**ORDERED** that forty-five (45) days, commencing on the date of this Order, shall be excluded pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A), in computing the time within which trial must commence in instant case. The Court finds that the exclusion of such time best serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial because excluding such time will allow the parties to engage in additional review, including of pending results of a forensic analysis, that might result in pre-indictment resolution of the case.

Dated: ___3|20|19___          _____
                              ROBIN M. MERIWEATHER
                              UNITED STATES MAGISTRATE JUDGE