# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT GALARZA,<br><br>Defendant. | Case No. 18-mj-146 (RMM)<br><br>Chief Judge Beryl A. Howell |

## ORDER OF DETENTION

Upon consideration of the Criminal Complaint, ECF No. 1, the government's Motion for Review and Appeal of Release Order, ECF No. 18, the evidence proffered and arguments presented in connection with the government's motion at the detention hearing held on May 7, 2019, the entire record, and the factors enumerated in 18 U.S.C. § 3142(g), based upon the written findings of fact and statement of reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's motion is **GRANTED**; and it is further

**ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

**ORDERED** that the defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

2

**ORDERED** that, on order of this Court or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined, shall deliver the defendant to the U.S. Marshal for the District of Columbia for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**.

Date:  May 8, 2019

_____
**BERYL A. HOWELL**
Chief Judge