UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. :
: Criminal Case No. 18-MJ-146
Vincent Gallaszca , :
:
Defendant. :

**FILED**
**JUL 29 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

Upon consideration of the

____ motion by the government with consent of Defendant

_X_ motion by Defendant with consent of the government

____ joint motion of the government and Defendant

the Court finds that, for the reasons stated in court on this date, exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 ("Speedy Trial Act") best serves the interests and ends of justice and outweighs the interests of the public and Defendant in a speedy trial, and accordingly it is **ORDERED** that pursuant to the provisions of the Speedy Trial Act, the time from _July 29, 2019_ through and including _September 13, 2019_, a period of _49_ days, shall be excluded in this case for the purposes of any computation under the Speedy Trial Act.

Dated: 7/29/19

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

AGREED:

_____
Defendant

_____
Counsel for Defendant

_____
Attorney for the United States