UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## ORDER

**FILED**
MAR 03 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Upon consideration of the Defendant's Unopposed Motion to Continue Preliminary/Detention Hearing, and the representations in the Defendant's motion to continue, the Court hereby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial because the delay will allow the parties to continue engaging in plea negotiations. For these reasons, it is hereby

ORDERED, that Defendant's Motion is **GRANTED**; and it is hereby,

FURTHER ORDERED, that the preliminary/detention hearing in this matter is continued until March 18, 2020, at 1:45 PM in Courtroom 7; and it is hereby,

FURTHER ORDERED, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between March 4, 2020, and March 18, 2020, the speedy trial clock shall be tolled for that time period.

__March 3, 2020___
DATE

ROBIN MERIWEATHER
United States Magistrate Judge