# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S CONSENT MOTION
## TO CONTINUE PRELIMINARY HEARING/DETENTION HEARING

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing/Detention Hearing in the above-captioned matter currently scheduled for March 18, 2020 until April 22, 2020, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1)  The parties are engaged in plea negotiations that are anticipated to be completed during the next several weeks but the negotiations have been slowed down due to the current health emergency.

2)  AUSA Lindsay Suttenberg has advised counsel that the government does not oppose Mr. Galarza's motion.

3)  Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and agrees to waive those rights for up to 40 days between March 18, 2020, and the date of the next preliminary hearing/detention hearing, tolling the speedy trial clock for that time period. An executed waiver will be submitted for the Court's review.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary/Detention Hearing in this matter until April 22, 2020, or to a date after that date convenient to the Court's calendar and the parties.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2020, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Preliminary Hearing/Detention Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-mj-146-RMM-1 |
| ) | |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary/Detention Hearing on March 18, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty (40) days between March 18, 2020 and the time of the next scheduled Preliminary/Detention Hearing scheduled in my case.

_____
Vincent Galarza