**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

**ORDER**

Upon consideration of the Defendant's Amended Consent Motion to Continue Preliminary Hearing, and the representations in the Defendant's motion to continue, the Court hereby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, it is hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the preliminary hearing in this matter is continued until June 17, 2020 at 1:45 p.m. before Judge Robin M. Meriweather and it is hereby,

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act understands that due to the current health emergency the speedy trial clock will be tolled between April 22, 2020 and June 17, 2020.

[signature redacted]