UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 22-cr-308 |
| | : | |
| v. | : | |
| | : | |
| **VINCENT GALARZA,** | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | : | (Conspiracy to Distribute Child Pornography) |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Sexual Exploitation of Children) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about June 25, 2016, and on or about December 21, 2016, in the District of Columbia, the defendant, **VINCENT GALARZA,** did knowingly conspire with Jong Woo Son to knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, including by computer, where the visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), and such visual depiction is of such conduct.

(**Conspiracy to Distribute Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

## COUNT TWO

Between on or about March 1, 2014 and on or about August 31, 2014, in the Eastern District of New York, the defendant, **VINCENT GALARZA,** did knowingly and intentionally employ and use B.S., a 14-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting

interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Sexual Exploitation of Children**, in violation of Title 18, United States Code, Section 2251(a))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  /s/ *Lindsay Suttenberg*
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov