UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>                                                         )<br>VINCENT GALARZA                     )<br>                                                         )<br>            Defendant                        ) | Criminal No. 1:22-cr-308-DLF-1 |

**DEFENDANT'S CONSENT MOTION
TO CONTINUE CHANGE OF PLEA HEARING**

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the change of plea hearing in the above-captioned matter currently scheduled for December 13, 2022, to either February 28 or March 1, 2023 or to an alternate date after that date convenient to the Court's calendar and the parties.  In support of this motion, counsel states the following:

1)   Counsel for Mr. Galarza has just completed a jury trial that began in mid-October, and has not had the opportunity to travel to Lewisburg, Pennsylvania to review the plea paperwork with Mr. Galarza.

2)   AUSA Lindsay Suttenberg consents Mr. Galarza's motion.

3)   Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and understands that due to the current health emergency and ongoing associated difficulties that the speedy trial clock will be tolled for the period between December 13, 2022 and the date of his next hearing.

Wherefore, Vincent Galarza respectfully requests that the Court continue the change of plea hearing in this matter to February 28 or March 1, 2023, or to a date after that date convenient to the Court's calendar and to the parties.

1

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December 2022, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Change of Plea Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz

2