## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:22-cr-308-DLF-1** |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

## ORDER

Upon consideration of the Consent Motion to Continue Change of Plea Hearing, the Court hereby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, it is hereby,

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled for December 13, 2022, will be continued until _____.

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between September 16. 2022, and the next scheduled hearing date, the speedy trial clock shall be tolled for that time period.

_____          _____
**Date**                             **DABNEY L. FRIEDRICH**
                                     **UNITED STATES DISTRICT JUDGE**