Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>VINCENT GALARZA )<br>)<br>) | Criminal Case No.: CR 22-308 |

## WAIVER OF INDICTMENT

I, _____VINCENT GALARZA_____, the above-named defendant, who is accused of

18:2252(a)(2) and (b)(1); SEXUAL EXPLOITATION OF MINORS;
Conspiracy to Distribute Child Pornography
(1)
18:2251(a); SEXUAL EXPLOITATION OF CHILDREN
(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____1/17/2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 1/17/23
Dabney L. Friedrich
United States District Judge