AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>VINCENT GALARZA<br>*Defendant* | )<br>)<br>) Case No. 1:22-cr-00308-DLF-1<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vincent Galarza                                                                 .

Date:   03/09/2023

*Attorney's signature*

Amy Collins Bar No. 1708316
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 2004

*Address*

acollins@pricebenowitz.com
*E-mail address*

(202) 993-3888
*Telephone number*

(202) 334-6661
*FAX number*